UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

IVAN ANTONYUK, et al.,

        *Plaintiffs-Appellees*,

   v.

KATHLEEN HOCHUL, STEVEN A. NIGRELLI,
MATTHEW J. DORAN, and JOSEPH CECILE,

        *Defendants-Appellants,*

WILLIAM FITZPATRICK, et al.,
        *Defendants.*

No. 22-2379(L);
No. 22-2403(CON)

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), the undersigned counsel for the parties stipulate that the above-captioned interlocutory appeal from a temporary restraining order is withdrawn as moot following the entry of a preliminary injunction in the district court on November 7, 2022.

The parties do not seek costs and fees from this Court. Any dispute regarding the award of costs and fees (including any costs and fees associated with this appeal) is reserved for resolution following final judgment pursuant to 42 U.S.C. § 1988.

Dated: November 9, 2022

Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>   Attorney General of the<br>   State of New York | STAMBOULIEH LAW PLLC |
| By: /s/<br>   Ester Murdukhayeva<br>Deputy Solicitor General<br>28 Liberty Street, 23rd Floor<br>New York, NY 10005<br>Phone: (212) 416-6279 | By: _____<br>Stephen D. Stamboulieh<br>P.O. Box 428<br>Olive Branch, MS 38654<br>Phone: (601) 852-3440 |
| *Attorney for Defendants-Appellants*<br>*Hochul, Nigrelli, and Doran* | *Attorney for Plaintiffs-Appellees* |

SUSAN KATZOFF
   Corporation Counsel for the
   City of Syracuse

By: _____
   Danielle R. Smith

Assistant Corporation Counsel
233 East Washington Street
300 City Hall
Syracuse, NY 13202
Phone: (315) 448-8381

*Attorney for Defendant-Appellant*
*Cecile*

Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>   Attorney General of the<br>   State of New York<br><br>By: _____<br>    Ester Murdukhayeva<br>Deputy Solicitor General<br>28 Liberty Street, 23rd Floor<br>New York, NY 10005<br>Phone: (212) 416-6279<br><br>*Attorney for Defendants-Appellants*<br>*Hochul, Nigrelli, and Doran* | STAMBOULIEH LAW PLLC<br><br><br><br>By: _____<br>Stephen D. Stamboulieh<br>P.O. Box 428<br>Olive Branch, MS 38654<br>Phone: (601) 852-3440<br><br><br>*Attorney for Plaintiffs-Appellees* |

SUSAN KATZOFF
   Corporation Counsel for the
   City of Syracuse

By: /s/ Danielle R. Smith
    Danielle R. Smith

Assistant Corporation Counsel
233 East Washington Street
300 City Hall
Syracuse, NY 13202
Phone: (315) 448-8381

*Attorney for Defendant-Appellant*
*Cecile*

Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>  Attorney General of the<br>  State of New York | STAMBOULIEH LAW PLLC |
| By: _____<br>    Ester Murdukhayeva | By: _____<br>Stephen D. Stamboulieh |
| Deputy Solicitor General<br>28 Liberty Street, 23rd Floor<br>New York, NY 10005<br>Phone: (212) 416-6279 | P.O. Box 428<br>Olive Branch, MS 38654<br>Phone: (601) 852-3440 |
| *Attorney for Defendants-Appellants*<br>*Hochul, Nigrelli, and Doran* | *Attorney for Plaintiffs-Appellees* |

SUSAN KATZOFF
  Corporation Counsel for the
  City of Syracuse

By: _____
    Danielle R. Smith

Assistant Corporation Counsel
233 East Washington Street
300 City Hall
Syracuse, NY 13202
Phone: (315) 448-8381

*Attorney for Defendant-Appellant*
*Cecile*