# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-two.

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

    Plaintiffs - Appellees,

v.

Kathleen Hochul, in her Official Capacity as Governor of the State of New York, Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police, Matthew J. Doran, in his Official Capacity as the Licensing official of Onondaga County, Joseph Cecile,

    Defendants – Appellants.
_____

**ORDER**

Docket Nos. 22-2379(L), 22-2403(Con)

    IT IS HEREBY ORDERED that all pending motions (entries 16, 32, 58) are DENIED as moot in light of the mandate issued November 14, 2022.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court